199 So.2d 183

**STATE of Louisiana**

**v.**

**Eugene H. WOODS, alias Eugene Mahl, alias Howard Unger.**

**No. 48743.**

May 22, 1967.

In re: Eugene Howard Woods applying for writs of certiorari, mandamus and prohibition.

Writs refused. The judgment of the District Court is correct.

199 So.2d 183

**Noah ZERINGUE et al.**

**v.**

**TEXAS AND PACIFIC RAILWAY CO. et al.**

**No. 48710.**

May 22, 1967.

In re: Noah Zeringue et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 196 So.2d 809.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.